# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138889

CITY OF BLOOMFIELD HILLS,
        Plaintiff-Appellee,

v

                                      SC: 138889
                                      COA: 288766

WILLIAM P. FROLING and
MARILYN FROLING,
        Defendants-Appellants.
                                      Oakland CC: 2008-088541-CE

_____/

      On order of the Court, the application for leave to appeal the May 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009                             _____

l0831                                                Clerk